UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL WAYNE HILL,

    Plaintiff,

v.                                                       Case No. 3:25cv433-MCR-HTC

TARA RAULSTON and
KATIE KING,

    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated April 3, 2025 (ECF No. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. Hill's Fourth Amendment claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) due to Hill's failure to state a claim on which relief may be granted.

3. The clerk shall close the file.

**DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv433-MCR-HTC